**FILED**
JUL X 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California

Yvette Simmons

CV 08 2976
CASE NO.

Plaintiff(s),
v.
Derrick O'Neal, et al.

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

VRW

E-filing

Defendant(s).

Eric Menhart , an active member in good standing of the bar of
District of Columbia whose business address and telephone number
(particular court to which applicant is admitted)
is
CyberLaw PC
1200 G St NW Suite 800
Washington, DC 20005 ,
having applied in the above-entitled action for admission to practice in the Northern District of
California on a *pro hac vice* basis, representing Plaintiff Yvette Simmons.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac
vice*. Service of papers upon and communication with co-counsel designed in the application will
constitute notice to the party. All future filings in this action are subject to the requirements
contained in General Order No. 45, *Electronic Case Filing*.

Dated: ~~06/09/08~~ 7/1/2008

_____
United States District    Judge

UNITED STATES DISTRICT COURT
For the Northern District of California