David P. Morales, Esq., SBN 191229
THE MORALES LAW FIRM
1414 Soquel Avenue, Suite 212
Santa Cruz, CA 95062
Telephone: (831) 429-7900
Facsimile: (831) 688-8883
E-Mail: dmorales@moraleslawfirm.com

Attorney for Defendants Derrick O'Neal
and O'Neal Publishing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YVETTE SIMMONS,<br><br>    Plaintiff,<br><br>vs.<br><br>DERRICK O'NEAL, et al.,<br><br>    Defendants. | Civil Action No.: CV-08-2976 VRW<br><br>**JOINT STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER [FRCP 55(c)]**<br><br>Hon. Chief Judge Vaughn R. Walker |

**JOINT STIPULATION**

Plaintiff YVETTE SIMMONS ("Plaintiff"), by and through her attorneys of record, and Defendants DERRICK O'NEAL and O'NEAL PUBLISHING (collectively, "Defendants"), by and through their attorney, David P. Morales, Esq., (Plaintiff and Defendants, collectively, the "Parties") HEREBY JOINTLY STIPULATE AS FOLLOWS:

WHEREAS, the Court Clerk entered a default in this matter on December 10, 2008.

WHEREAS, the Parties wish to cooperate in setting aside the default and to proceed with this action.

IT IS HEREBY STIPULATED that:

1.  The Parties hereby respectfully request that the Court set aside the default entered by the Clerk in this matter;

2.  Defendants shall be permitted to file an Answer and Counterclaim, in Defendants' discretion, in response to the Complaint in this action, but Defendants may not file a motion;

3.  That Defendants shall file their response on or before January 16, 2009;

4.  That Defendants shall reimburse half of Plaintiff's substantiated service costs in an amount not to exceed $370.40 no later than January 16, 2009. Defense counsel shall issue payment to plaintiff counsel's trust account; and

5.  Except as otherwise stipulated herein, each party shall bear their own costs.

IT IS SO STIPULATED.

Dated: December 23, 2008.

/s/
Eric J. Menhart
*Admitted Pro Hac Vice*
CyberLaw P.C.
1200 G. Street, N.W., Suite 800
Washington, D.C. 20005
202-904-2818 (telephone)
240-539-6235 (facsimile)
eric.menhart@cyberlaw.pro

Bruce C. Janke
16965 Roberts Rd., Suite A
Los Gatos CA 95032-4556
Tel. (408) 356-6556
Fax (408) 356-9656

*Counsels for Plaintiff Simmons*

/s/
David Morales
THE MORALES LAW FIRM
1414 Soquel Avenue, Suite 212
Santa Cruz, CA 95062
Tel.: (831) 429-7900
Fax: (831) 688-8883

*Counsel for Defendants Derrick O'Neal and O'Neal Publishing*

**JOINT STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER [FRCP 55(c)]**
Case No.: CV-08-2976 VRW

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing was electronically transmitted to all counsel of record via the court's electronic filing system.

Dated: December 23, 2008

THE MORALES LAW FIRM

By: _____
DAVID MORALES, ESQ.
Attorney for Defendants

## SIGNATURE CERTIFICATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: December 23, 2008

THE MORALES LAW FIRM

By: _____
DAVID MORALES, ESQ.
Attorney for Defendants

**JOINT STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER [FRCP 55(c)]**
Case No.: CV-08-2976 VRW

3

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the default entered by the clerk in this matter be set aside.  IT IS FURTHER ORDERED that Defendants shall file their response to the Complaint on or before January 16, 2009, but Defendants may not file a motion.  IT IS FURTHER ORDERED that Defendants shall reimburse half of Plaintiff's substantiated service costs in an amount not to exceed $370.40 no later than January 16, 2009.  IT IS FURTHER ORDERED that each party shall bear their own costs.

IT IS SO ORDERED.

Dated: December __29__, 2008



_____
HONORABLE VAUGHN R. WALKER
Chief Judge

**JOINT STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER
[FRCP 55(c)]**
Case No.: CV-08-2976 VRW

4