**United States District Court**
For the Northern District of California

1

2                IN THE UNITED STATES DISTRICT COURT

3

4            FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    YVETTE SIMMONS,                     No.  C 08-2976    VRW

7              Plaintiff(s),            **ORDER OF DISMISSAL**

8       v.

9    DERRICK O'NEAL, et al.,

10             Defendant(s).

11   _____/

12

13        Having advised the court  that the parties have agreed to a settlement of this case;

14   IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice,  provided,

15   however, that if any party hereto shall certify to this court, within ninety days, with proof of service

16   of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the

17   foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be

18   set for trial.

19   Dated:  June 30,  2009

20

21   _____

22   VAUGHN R WALKER
     UNITED STATES DISTRICT CHIEF JUDGE

23

24

25

26

27

28